**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed November 7, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00761-CV

---

### IN RE FARIBORZ SHOJAI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-50900**

---

## MEMORANDUM DISSENTING OPINION

Persisting in my view that our duty as judges is to reach a decision on the merits based on a proper record and that due process and due course of law require that this court give notice when the original-proceeding record does not comply with the Texas Rules of Appellate Procedure, I would give relator ten-days' notice of involuntary dismissal for failure to comply with Texas Rule of Appellate Procedure 52.7(a)(2) requiring relator to file "a properly authenticated transcript of

any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained." Tex. R. App. P. 52.7(a)(2).

I dissent from the court's failure to provide notice and an opportunity to cure. I express no opinion on the merits of the petition for a writ of mandamus.


/s/    Charles A. Spain
          Justice

Panel consists of Justices Spain, Poissant, and Wilson (Spain, J., dissenting).